IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRI JONES**                                                                              **PLAINTIFF**

V.                           NO. 3:08CV00099-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                   **DEFENDANT**

### ORDER

For good cause shown, plaintiff's motion for extension of time to file a brief (docket entry #11) is granted. The time is extended to, and including, November 28, 2008. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 29th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE