IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRI JONES**                                                            **PLAINTIFF**

V.                **NO. 3:08CV00099-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**          **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 13th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE